■ SAMUEL T. STANGL et al., Appellants, v COMPASS TRANS-PORTATION et al., Respondents. (Appeal No. 2.) [635 NYS2d 556] —Appeal unanimously dismissed without costs *(see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Erie County, Sprague, J.—Negligence.) Present—Denman, P. J., Fallon, Wesley, Doerr and Boehm, JJ.